**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gerald Herbert Dunleavy | CHAPTER 13 |
| Kimberly Jean Dunleavy aka Kimberley Jean Dunleavy | BKY. NO. 19-17484 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Dec 2022, 09:43:08, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322