Certificate Number: 15111-PAE-DE-037074649

Bankruptcy Case Number: 19-17484



15111-PAE-DE-037074649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2022, at 11:42 o'clock AM EST, Gerald Herbert Dunleavy completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 31, 2022

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education