United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-17484-amc

Gerald Herbert Dunleavy                                                      Chapter 13

Kimberly Jean Dunleavy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                      Page 1 of 3

Date Rcvd: Jan 03, 2023                  Form ID: 138OBJ                         Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Herbert Dunleavy, Kimberly Jean Dunleavy, 714 Sourwood Lane, Collegeville, PA 19426-3807 |
| 14461140 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 14461139 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |
| 14463866 | + | Kimco Horsham LP, c/o Michael J. Fekete,Esquire, 457 Haddonfield Road, Suite 600, Cherry Hill NJ 08002-2220 |
| 14452056 | + | Kimco Horsham, LP, c/o Michael J. Fekete, Esquire, Montgomery McCracken Walker Rhoads LLP, LibertyView, 457 Haddonfield Road, Suite 600 Cherry Hill, NJ 08002-2220 |
| 14432817 | + | Kimco Horsham, LP, 500 North Broadway, Suite 201, Jericho, NY 11753-2122 |
| 14437412 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, 4th Floor, Fort Washington, PA 19034-3234 |
| 14743470 | + | Nationstar Mortgage LLC, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14432821 | | Penn Medicine, POB 824406, Philadelphia, PA 19182-4406 |
| 14432820 | + | Penn Medicine, 700 East Marshall Street, West Chester, PA 19380-4442 |
| 14432822 | + | Phoenixville Hospital, 2010 Bevin Drive, Allentown, PA 18103-6994 |
| 14432823 | | Phoenixville Hosptial, POB 1280, Oaks, PA 19456-1280 |
| 14432825 | | Tower Health System, POB 16051, Reading, PA 19612-6051 |
| 14441942 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, KLEHR HARRISON HARVEY BRANZBURG LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 04 2023 03:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2023 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14432811 | Email/Text: ebn@americollect.com | Jan 04 2023 03:47:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14453069 | Email/Text: ebn@americollect.com | Jan 04 2023 03:47:00 | Americollect, PO BOX 1566, 1951 South Alverne Road, Manitowoc WI 54221 |
| 14459262 | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2023 03:47:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14452005 | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2023 03:47:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14432810 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2023 03:47:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14453068 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2023 03:47:00 | Ally Financial, PO BOX 38091, Bloomington MN 55438 |
| 14432812 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2023 03:53:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14440708 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2023 03:53:35 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14440128 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2023 03:53:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14432813 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 03:47:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14453067 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 03:47:00 | Discover Financial, PO BOX 15315, Wilmington DE 19850, Attn:Financial |
| 14436752 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 03:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14432814 | | Email/Text: EBNBKNOT@ford.com | Jan 04 2023 03:47:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14434887 | | Email/Text: EBNBKNOT@ford.com | Jan 04 2023 03:47:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 14432815 | + | Email/Text: bankruptcy@huntington.com | Jan 04 2023 03:47:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14432818 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 04 2023 03:47:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14743156 | ^ | MEBN | Jan 04 2023 03:45:13 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14432819 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 04 2023 03:47:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14464624 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 04 2023 03:47:00 | Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14432824 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 04 2023 03:47:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14440718 | + | Email/Text: bankruptcy@huntington.com | Jan 04 2023 03:47:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH 44101-6424 |
| 14432826 | + | Email/Text: dbogucki@trumark.org | Jan 04 2023 03:47:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14460417 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 04 2023 03:53:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14432827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 04 2023 03:53:30 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14432816 | ##+++++ | KIMCO HORSHAM, LP, 1954 GREENSPRING DR STE 305, LUTHERVILLE TIMONIUM MD 21093-4129, address filed |

with court:, Kimco Horsham, LP, 1954 Greenspring Drive, Suite 330, Lutherville Timonium, MD 21093

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023                     Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | |
| | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| MICHAEL JUSTIN FEKETE | |
| | on behalf of Creditor Kimco Horsham  LP mfekete@mmwr.com, gengel@mmwr.com;michael-fekete-8663@ecf.pacerpro.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| MICHELE PEREZ CAPILATO | |
| | on behalf of Debtor Gerald Herbert Dunleavy perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| MICHELE PEREZ CAPILATO | |
| | on behalf of Joint Debtor Kimberly Jean Dunleavy perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Gerald Herbert Dunleavy and
Kimberly Jean Dunleavy

              Debtor(s)

Case No: 19−17484−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/3/23

70 − 60
Form 138OBJ